IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, | No. 4:21-CV-00177 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MID STATE LOGISTICS and CHARLES E. RANKIN, | |
| Defendants. | |

## ORDER

### JUNE 10, 2022

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERD** that:

1. Plaintiff United Financial Casualty Company's Motion for Summary Judgment (Doc. 6) is **GRANTED**.

2. United Financial Casualty Company has no duty to defend or indemnify Defendants Mid State Logistics LLC or Charles E. Rankin in the lawsuit pending at Docket No. CV-159-2021 in the Court of Common Pleas of Snyder County, Pennsylvania.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge